UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 10-07893 DMG (AJWx)** | Date | October 29, 2010 |
|---|---|---|---|

| Title | ***U.S. Bank National Association v. Jesus Orozco, et al.*** | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED TO STATE COURT**

On June 8, 2010, Plaintiff U.S. Bank National Association ("U.S. Bank") filed a complaint in Los Angeles County Superior Court against Defendants Jesus Orozco, Sandra Hernandez, Maria Valderez, and Doe defendants 1 through 10 for unlawful detainer. U.S. Bank seeks possession of real property and restitution for Defendants' use and occupancy of the property in the amount of $50 per day starting on November 3, 2008. (Compl. at 2-3.) U.S. Bank demands less than $10,000 in damages. (*Id*. at 1.)

Defendant Orozco ("Defendant") removed the case to this Court on October 20, 2010 on the basis of federal question jurisdiction and diversity of citizenship. The complaint, however, raises no federal question. Although Defendant invokes federal statutes as an apparent defense or counterclaim, federal jurisdiction cannot rest upon an actual or anticipated defense or counterclaim. *Vaden v. Discover Bank*, __ U.S. __, 129 S.Ct. 1262, 1272, 173 L.Ed.2d 206 (2009). Furthermore, the face of the complaint reveals that U.S. Bank seeks less than $75,000, the threshold amount required for jurisdiction based on diversity of citizenship. *See* 28 U.S.C. § 1332(a).

Moreover, it appears that Defendant's Notice of Removal is untimely. A defendant must file notice of removal within 30 days after "receipt by the defendant . . . of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b). Defendant filed a verified answer to the complaint on July 19, 2010. (Compl., Ex. B.) Defendant did not file the Notice of Removal, however, until three months later.

Accordingly, Defendant is **ORDERED TO SHOW CAUSE** why this action should not be remanded to Los Angeles County Superior Court. Defendant shall file his response by **November 12, 2010**.

**IT IS SO ORDERED.**

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk <u>ys</u> |
|---|---|---|